IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00191-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NASER KUSEH KALANI YAZD,

        Defendant.

___

ORDER
___

As further set forth on the record at the hearing held on December 1, 2011, IT IS HEREBY ORDERED that

1. A two week jury trial is set to commence on Monday, June 4, 2012 at 9:00 a.m.;

2. A motions hearing and preliminary trial preparation conference is set for Thursday, May 3, 2012 at 9:00 a.m.;

3. Defendant's motions are due on or before March 30, 2012;

4. The Government's responses to any motions filed by Defendant are due on or before April 13, 2012;

5. The Government shall submit its witness and exhibit lists; proposed voir dire questions; proposed jury instructions; and any trial brief it wishes to file highlighting evidentiary issues on or before May 3, 2012; and

6. Defendant shall submit any proposed special jury instructions; any witness and exhibit lists he wishes to disclose; proposed voir dire questions; and any trial brief he wishes to file highlighting evidentiary issues on or before May 3, 2012.

Dated: December   1  , 2011, in Denver, Colorado.

                                           BY THE COURT:

                                           s/Lewis T. Babcock
                                           LEWIS T. BABCOCK, JUDGE