IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 11-cr-00191-LTB

UNITED STATES OF AMERICA,

       Plaintiff,
v.

NASER KUSEH KALANI YAZD,

       Defendant.

---

## ORDER
---

On May 14, 2012, upon Motion of the Government, this Court dismissed Counts 14-31 of the Superseding Indictment against the Defendant. Accordingly, it is

ORDERED that the Government and the Defendant shall file their revised proposed instructions, revised witness lists, and revised exhibit lists **on or before Friday, May 25, 2012**.

       BY THE COURT:

         s/Lewis T. Babcock
       LEWIS T. BABCOCK, JUDGE

DATED: May 18, 2012